IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00490-MSK-MEH

DAYNA MEYER,

        Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK,
UNION PACIFIC RAILROAD COMPANY, a/k/a UNION PACIFIC CORPORATION, and
DOES 1 THROUGH 175, Inclusive,

        Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 23rd day of March, 2006

                                                  **BY THE COURT:**

                                                  */s/ Marcia S. Krieger*

                                                  Marcia S. Krieger
                                                  United States District Judge