IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00490-MSK-MEH

DAYNA MEYER,

      Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, a/k/a AMTRAK,
UNION PACIFIC RAILROAD COMPANY, a/k/a UNION PACIFIC CORPORATION, and
DOES 1 THROUGH 175, Inclusive,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Joint Stipulation for Dismissal With Prejudice

**(#21)** filed June 22, 2006.  The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter **is dismissed** with prejudice, each party to bear

his, her or its own costs and attorneys' fees incurred in connection with this action.  *The Clerk*

*shall close this case.*

Dated this 22nd day of June, 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge